cheekohind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 1-9 2005 mbc
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00010 |
| Plaintiff. ) | **INDICTMENT** |
| vs. ) | **ALIEN SMUGGLING** |
| CHEE LEONG KOH aka DENNY KOH ) aka. ZHI LIANG GAO, ) and ANDY LEE, ) | [8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. §2] |
| Defendants. ) | |

THE GRAND JURY CHARGES:

On about February 6, 2005, within the District of Guam and elsewhere, the defendants, CHEE LEONG KOH aka DENNY KOH aka ZHI LIANG GAO and ANDY LEE, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Xin Zheng, Qiao Ying Li, Mei Ling Zhang and Xiang Quan Xu, to the Guam International Airport, in

1

violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this 9th day of February 2005.

A TRUE BILL.



LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Frederick A. Black*
FREDERICK A. BLACK
Assistant U.S. Attorney

*Frederick A. Black for R.S.*
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2