# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>CHEE LEONG KOH aka DENNY KOH<br>aka ZHI LIANG GAO<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-05-00010-001<br><br>**FILED**<br>**DISTRICT COURT OF GUAM**<br>**FEB - 9 2005**<br>**MARY L.M. MORAN**<br>**CLERK OF COURT** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Room<br>     413 |
|---|---|
| | Date and Time<br>**Thursday, February 10, 2005 at 1:45 p.m.** |

To answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

8:1324(a)(2)(B)(ii) & 18:2 - ALIEN SMUGGLING

---

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 9, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]  Date 2/9/2005

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 520 West Soledad Ave, Hagatna Guam 96910
DOC Transport 02/09/05 CO I A. Bueno 1607 hours.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/9/2005
Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.