**FILED**
DISTRICT COURT OF GUAM
FEB 10 2005 *pbw*
MARY L.M. MORAN
CLERK OF COURT



## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**CHEE LEONG KOH aka DENNY KOH aka ZHI LIANG GAO,**<br><br>        Defendant. | CRIMINAL CASE NO. **05-00010-001**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to February 9, 2005.

Dated this 10th day of February, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM