Koh&Lee.Sup.Ind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America
**FILED**
DISTRICT COURT OF GUAM
FEB 1 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>CHEE LEONG KOH a/k/a DENNY KOH<br>a/k/a ZHI LIANG GAO, and<br>HAN LEE a/k/a ANDY LEE,<br><br>              Defendants. | CRIMINAL CASE NO. 05-00010<br><br>**SUPERSEDING INDICTMENT**<br><br>**CRIMINAL CONSPIRACY**<br>[18 U.S.C. § 371]<br>(Count 1)<br><br>**ALIEN SMUGGLING**<br>[8 U.S.C. § 1324(a)(2)(B)(ii);<br>and 18 U.S.C. § 2; and<br>6 U.S.C. §§ 251 & 557]<br>(Counts 2-5) |

THE GRAND JURY CHARGES:

### COUNT ONE

From on or about February 2, 2005, and continuing up until February 6, 2005, the exact dates being unknown to the grand jury, in the District of Guam and elsewhere, the defendants, CHEE LEONG KOH a/k/a DENNY KOH a/k/a ZHI LIANG GAO and HAN LEE a/k/a ANDY LEE, knowingly and willfully conspired and agreed together and with each other, and with other

persons unknown to the grand jury, to smuggle aliens, to wit: knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Xin Zheng, Qiao Ying Li, Mei Ling Zhang, and Xiang Quan Xu to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557, and in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On about February 6, 2005, within the District of Guam and elsewhere, the defendants, CHEE LEONG KOH a/k/a DENNY KOH a/k/a ZHI LIANG GAO and HAN LEE a/k/a ANDY LEE, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Xin Zheng to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

## COUNT THREE

On about February 6, 2005, within the District of Guam and elsewhere, the defendants, CHEE LEONG KOH a/k/a DENNY KOH a/k/a ZHI LIANG GAO and HAN LEE a/k/a ANDY LEE, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to

2

the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Qiao Ying Li to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

## COUNT FOUR

On about February 6, 2005, within the District of Guam and elsewhere, the defendants, CHEE LEONG KOH a/k/a DENNY KOH a/k/a ZHI LIANG GAO and HAN LEE a/k/a ANDY LEE, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Mei Ling Zhang to the Guam International Airport, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

## COUNT FIVE

On about February 6, 2005, within the District of Guam and elsewhere, the defendants, CHEE LEONG KOH a/k/a DENNY KOH a/k/a ZHI LIANG GAO and HAN LEE a/k/a ANDY LEE, knowingly or in reckless disregard of the fact than an alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States an alien for the purpose of commercial advantage and private financial gain, to wit: Qxiang Quan Xu to the Guam International Airport, in violation of Title 8, United States

//

//

3

Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this 16 day of February, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

4