# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM    FEB 17 2005 

**MARY L.M. MORAN**
**CLERK OF COURT**

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**CHEE LEONG KOH aka**
**DENNY KOH aka ZHI LIANG GAO**

Case Number:    CR-05-00010-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | 413 |
| | **Date and Time**<br>**Thursday, February 17, 2005 at 2:00 p.m.** |
| Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | |

To answer a(n)
- [X] Indictment **Superseding**
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s)

Brief description of offense:

**18:371 - CRIMINAL CONSPIRACY (COUNT 1)**

**8:1324(a)(2)(B)(ii) & 18:2 & 6:251 & 577 - ALIEN SMUGGLING (COUNTS 2 thru 5)**

U.S. MARSHALS--GUAM RECEIVED 16 FEB 2005 14:08:00

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 16, 2005**
Date

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 02/17/05 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 520 W. Soledad Ave. Hagatna Gu 96910
Prisoner Cell block

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  02/17/05                    J. L. G. Salas
            Date                         Name of United States Marshal

                                         _____
                                         (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.