# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

DISTRICT COURT OF GUAM
FEB 17 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00010**　　　**DATE: 2/17/2005**　　　**TIME: 2:08 p.m.**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles　　Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 2:08:54 - 2:11:34　　CSO: J. Lizama & J. McDonald

**APPEARANCES**

**DEFT: CHEE LEONG KOH**　　　**ATTY: JOHN GORMAN**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.　　(X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK　　AGENT:

U.S. PROBATION: CARLEEN BORJA　　U.S. MARSHAL: WALTER GRAY

INTERPRETER: _____　　( ) SWORN　　LANGUAGE: _____

**PROCEEDINGS: INITIAL APPEARANCE RE SUPERCEDING INDICTMENT**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED　　AGE: ___　　SCHOOL COMPLETED: ___
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at ___
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE　　( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION (X) SUPERSEDING INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY* (X) *NOT GUILTY* - TO: <u>FIVE COUNTS IN THE SUPERSEDING INDICTMENT</u>
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at ___　　( ) STATUS HEARING: _____ at ___
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____ at ___
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at ___
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (X) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at ___
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

<u>The parties agreed to keep the current trial date of April 11, 2005 previously set by the Court.</u>