# Criminal Case #05-00010



# Document #10

# removed and re-docketed as

# Document #14

# in the case file

# pursuant to the Judicial Conference

# Policy on Privacy and

# Public Access Act