IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**

**FILED**
DISTRICT COURT OF GUAM
MAR 14 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00010**     **DATE: 03/10/2005**     **TIME: 2:19 p.m.**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding        Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 2:19:06 - 2:48:42        CSO: J. Lizama & B. Benavente

************************ **APPEARANCES** ************************

**DEFT:** CHEE LEONG KOH        **ATTY:** JOHN GORMAN
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.        (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK        **AGENT:**

**U.S. PROBATION:** ROSANNA VILLAGOMEZ-AGUON        **U.S. MARSHAL:** P. RABINA & R. LUMAGUI

**PROCEEDINGS:     CHANGE OF PLEA**

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED     AGE: 30     SCHOOL COMPLETED: Bachelor of Commerce
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
   OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) SUPERSEDING INDICTMENT
(X) PLEA ENTERED: (X) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT IV OF THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(X) PLEA AGREEMENT FILED: March 8, 2005     PLEA: (X) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*

(X) SENTENCING DATE: June 1, 1005 at 10:00 a.m.     ( ) STATUS HEARING: _____ at _____
(X) PRESENTENCE REPORT ORDERED AND DUE: May 4, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____ at _____
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR: _____

ACKNOWLEDGED RECEIPT
By: ____
Date: 3/14/05

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (X) *DETENTION*
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant executed a written consent for his change of plea before a Magistrate Judge. Parties stipulated to the following pen and ink changes in the plea agreement, 1) page 1, line 19, insert "Count IV of a Superseding" between the words "to" and "an". Delete the word "an" on that line.; 2) page 5, line 15-16, delete the words "four aliens, Xin Zheng, Qiao Ying Li, and Xiang Quan Xu" and insert the words "an alien"; 3) page 5, line 16-17, delete the words " Xin Zheng, Qiao Ying Li, and Xiang Quan Xu", insert the words "was a" and delete "were" and the "s" after the word "citizen"; 4) page 5, line 18, delete the word "they" and replace with the word "she"; 5) page 5, line 19-20, change the word "aliens" to "alien", delete the words "Xin Zheng, Qiao Ying Li, and Xiang Quan Xu"; 6) page 5, line 21, change the word "aliens" to "alien".

The Court executed the Report and Recommendation Concerning Plea of Guilty.

Courtroom Deputy: ____