AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

ANDY LEE

**WARRANT FOR ARREST**

Case Number: CR-05-00010-002

**FILED**
DISTRICT COURT OF GUAM
APR - 8 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ANDY LEE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

ALIEN SMUGGLING

in violation of Title __8__ United States Code, Section(s) __1324(a)(2)(B)(ii) & 18:2__

U.S. MARSHALS—GUAM RECEIVED FEB -9 2005 14:08:00

| MARILYN B. ALCON | *Marilyn B. Alcon* (Signature of Issuing Officer) |
|---|---|
| Name of Issuing Officer | |
| Deputy Clerk | 2/9/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

WARRANT RETURNED UNEXECUTED, DEFENDANT INDICTED ON 2-16-05

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | S/DUSM FRANKLIN J. TAITAGUE | S/DUSM *Franklin J. Taitague* |