AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

HAN LEE aka ANDY LEE

**WARRANT FOR ARREST**

Case Number: CR-05-00010-002

FILED
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ HAN LEE aka ANDY LEE ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

18:371 - CRIMINAL CONSPIRACY (COUNT 1)

8:1324(a)(2)(B)(ii) & 18:2 & 6:251 & 557 - ALIEN SMUGGLING (COUNTS 2 thru 5)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

2/16/2005
Date

Hagatna, Guam
Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

GUAM VIA Palau (Republic of) Extradition

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 16 Feb 05 | W. M. Calvert | [signature] DUSM |
| DATE OF ARREST | Crim Invest Deputy US Marshal D/NMI | |
| 15 Apr 05 | | |