FILED

DISTRICT COURT OF GUAM

APR 15 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ANDY LEE,<br><br>                    Defendant. | CRIMINAL CASE NO. 05-00010-002<br><br>O R D E R |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent the defendant in the above-entitled case.

Dated this 15th day of April, 2005.

JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
**DISTRICT COURT OF GUAM**