IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

DISTRICT COURT OF GUAM

APR 15 2005

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00010-002**          **DATE: 04/15/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 2:25:30 – 2:43:10

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa / J. Lizama

* * * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: ANDY LEE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY : SAMUEL S. TEKER**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT:

U.S. PROBATION: CARMEN O'MALLAN

U.S. MARSHAL: S. LUJAN / R. LUMAGI

INTERPRETER: FOO MEE CHUN CLINARD          ( ) SWORN          LANGUAGE: CHINESE
( X ) PREVIOUSLY SWORN

**PROCEEDINGS:      - INITIAL APPEARANCE RE SUPERSEDING INDICTMENT**
**                  - ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: SAMUEL S. TEKER , ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: 3 years Military School after High School
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) SUPERSEDING INDICTMENT
( X ) PLEA ENTERED: ( ) GUILTY ( X ) NOT GUILTY - TO: THE CHARGES CONTAINED IN THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) ACCEPTED ( ) REJECTED
( ) COURT ORDERS PLEA AGREEMENT SEALED
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: JUNE 15, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( X ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defense informed Court that he was appearing for defendant Han Lee also known as Andy Lee. He also

informed Court that he has received the report from pretrial recommending detention and stated that he

has no objection at this time. The Court ordered detention.

Defense requested the Court to approve interpreter service up to the statutory maximum of $500. No

objection. GRANTED. The Court instructed counsel to submit the order.