JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
CHEE LEONG KOH



FILED
DISTRICT COURT OF GUAM

MAY - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00010 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING DATE |
| vs. ) | |
| ) | |
| CHEE LEONG KOH, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER CONTINUING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing scheduled for June 1, 2005, at 10:00 a.m. be continued for approximately one month or a date convenient for the Court's calendar.

The parties request this new Sentencing Hearing date as the defendant is cooperating with the government and the additional time is needed to assess the nature and extent of his cooperation. Also, defendant is expected to testify in the upcoming jury trial of co-defendant, Andy Lee, scheduled to start on June 15, 2005. The new proposed Sentencing Hearing date is in the


defendant's best interests and promotes judicial economy and efficiency

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 4, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
CHEE LEONG KOH

_____
FREDERICK A. BLACK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED that the Sentencing Hearing scheduled for June 1, 2005, at 10:00 a.m. be continued to __Friday, July 8__, 2005, at __9:30__ a.m.:

DATED: Hagatna, Guam, __May 9, 2005__.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
MAY - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2