IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. 05-00010-002**            **DATE: 05/27/2005**

FILED DISTRICT COURT OF GUAM MAY 27 2005 MARY L.M. MORAN CLERK OF COURT

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**            Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                                   Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:53:12 - 2:19:07                            CSO: D. Quinata / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** __HAN LEE aka ANDY LEE__            **ATTY:** __SAMUEL S. TEKER__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK                **AGENT:**

**U.S. PROBATION:** STEPHEN GULLIOT           **U.S. MARSHAL:** R. LUMAGUI / F. TAITAGUE

**INTERPRETER:** __FOO MEE CHUN CLINARD__    ( ) SWORN   **LANGUAGE:** __CHINESE__
                                             ( X ) PREVIOUSLY SWORN

**PROCEEDINGS:  - CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __40__  HIGH SCHOOL COMPLETED: __15 ½ years__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: __SUPERCEDING INDICTMENT: ALIEN SMUGGLING__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: __SEPTEMBER 7, 2005__ at __10:30 A.M.__  ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __AUGUST 3, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT DETAINED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The Court executed the

Report and Recommendation Concerning Defendant's Plea of Guilty.

USPO - mary 5-31-05
ACKNOWLEDGED RECEIPT
By: _____
Date: 5/31/05