

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00010 |
| Plaintiff, | **ACCEPTANCE OF PLEAS OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |
| vs. | |
| HAN LEE a.k.a. ANDY LEE, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts II and III of a Superseding Indictment charging him with Alien Smuggling, in violation of 8 U.S.C. §1324(a)(2)(B)(ii), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 15 day of June 2005.

_____
RICARDO S. MARTINEZ
District Judge

---

\* The Honorable Ricardo S. Martinez, United States District Judge for the Western District of Washington, sitting by designation.