ORIGINAL

cheekoh5k1

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEE LEONG KOH,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00010<br><br>**GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE UNDER USSG § 5K1.1 AND 18 U.S.C. § 3553(e)** |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a substantial assistance downward departure to beneath the statutory three (3) year minimum and the government intends to recommend a sentence of time served. The reasons for such recommendation are set forth in a sentencing memorandum, which the government will seek to lodge under seal for reasons of security.

RESPECTFULLY SUBMITTED this 28th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _/s/ Frederick A. Black_
FREDERICK A. BLACK
Assistant U.S. Attorney