cheekoh2dismiss

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00010 |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS COUNTS 1, 2, 3 & 5 OF THE INDICTMENT AND ORDER** |
| CHEE LEONG KOH, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that Counts 1, 2, 3 and 5 of the Superseding Indictment in the above cause against defendant, CHEE LEONG KOH, be dismissed for the reason that the defendant has been sentenced on Count 4 on July 8, 2005.

Respectfully submitted this 8th day of July 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
FREDERICK A. BLACK
Assistant U.S. Attorney

\* \* \* \* \* O R D E R \* \* \* \* \*

IT IS SO ORDERED this 11th day of July 2005.

*[signature]*
ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

RECEIVED
JUL 11 2005
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of